**Lajos FOLDESI, Respondent,**

v.

**Dennis FETTERS, Appellant.**

**No. WD 61065.**

Missouri Court of Appeals,
Western District.

May 6, 2003.

William Edgar Shull, Jr., Liberty, MO, arguing on behalf of Appellant.

J. Michael Murphy, Liberty, MO, Arguing on behalf of Respondent.

Before RONALD R. HOLLINGER, P.J., PAUL M. SPINDEN and JAMES M. SMART, JR., JJ.

### ORDER

PER CURIAM.

Dennis Fetters appeals the denial of his motion to set aside a default judgment under Rule 74.05(d). The judgment is affirmed. Rule 84.16(b).